1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    ANTOINE DESHAWN BARNES,                    No.  1:23-cv-00691-ADA-HBK (HC)

12              Petitioner,

13         v.                                    ORDER ADOPTING FINDINGS AND
                                                 RECOMMENDATIONS AND DISMISSING
14    NINTH CIRCUIT JUDGES, et al.,              PETITION FOR WRIT OF HABEAS
                                                 CORPUS
15              Defendants.
                                                 (ECF No. 6)
16

17          Petitioner Antoine Deshawn Barnes is a state prisoner proceeding pro se with a petition

18    for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  This matter was referred to a United

19    States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          On June 6, 2023, the Magistrate Judge issued findings and recommendations,

21    recommending that the Court dismiss the petition due to Petitioner's failure to state a cognizable

22    claim and failure to exhaust.  (ECF No. 6.)  Petitioner filed timely objections on June 20, 2023.

23    (ECF No. 7.)  To the extent discernable, Petitioner's objections restate the claims he asserted in

24    his petition.  Petitioner also appears to contend, without providing proof of any filing in the

25    California Supreme Court, that he properly exhausted his state court remedies.  (*Id.* at 2–3.)

26          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a

27    de novo review of the case.  Having carefully reviewed the entire file, including Petitioner's

28    objections, the Court finds the findings and recommendations to be supported by the record and

                                                 1

1  proper analysis.

2       Having found that the petitioner is not entitled to habeas relief, the Court now turns to

3  whether a certificate of appealability should issue.  A petitioner seeking a writ of habeas corpus

4  has no absolute entitlement to appeal a district court's denial of his petition, and an appeal is only

5  allowed in certain circumstances.  *Miller-El v. Cockrell*, 537 U.S. 322, 335–36 (2003); 28 U.S.C.

6  § 2253.  Where, as here, a court denies habeas relief on procedural grounds without reaching the

7  underlying constitutional claims, the court should issue a certificate of appealability only "if

8  jurists of reason would find it debatable whether the petition states a valid claim of the denial of a

9  constitutional right and that jurists of reason would find it debatable whether the district court was

10  correct in its procedural ruling."  *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).  In the present

11  case, the Court finds that reasonable jurists would not find the Court's decision to dismiss the

12  petition debatable or wrong.  Therefore, the Court declines to issue a certificate of appealability.

13       Accordingly,

14      1.    The findings and recommendations issued on June 6, 2023, (ECF No. 6), are

15           adopted in full;

16      2.    The petition for writ of habeas corpus, (ECF No. 1), is dismissed;

17      3.    The Court declines to issue a certificate of appealability; and

18      4.    The Clerk of Court is directed to close the case.

19

20

21  IT IS SO ORDERED.

22     Dated:   August 17, 2023                       

23                           UNITED STATES DISTRICT JUDGE

24

25

26

27

28

2